# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-7016** | **September Term, 2012** |
| | 1:12-cv-01539-RLW |
| | Filed On: January 31, 2013 [1418211] |

In the Matter of: Stephen Thomas Yelverton,

      Appellant

------------------------------

Stephen Thomas Yelverton,

      Appellant

    v.

Wendell W. Webster, Chapter 7 Trustee, et al.,

      Appellees

### O R D E R

    It is **ORDERED**, on the court's own motion, that appellant show cause on or before March 4, 2013, why this appeal should not be dismissed for lack of jurisdiction. See Fed. R. Civ. P. 54(b) (order adjudicating fewer than all claims of fewer than all parties is not final absent district court direction of entry of judgment and determination that there is no just reason for delay in entry of judgment. The response to the order to show cause may not exceed 20 pages. Failure by appellant to respond to this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                      BY:   /s/
                                Laura M. Chipley
                                Deputy Clerk